United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIDNEY C. SIMS, | § | |
| (Inmate # 02686597), | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-5783 |
| | § | |
| ANDREW SIMS, *et al.*, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Sidney C. Sims, (Inmate # 02686597), is currently detained in the Harris County Jail. In July 2026, he filed a prisoner's civil-rights complaint under 42 U.S.C. § 1983, seeming to allege that he was falsely arrested. (Dkt. 1). He also filed a motion seeking leave to proceed *in forma pauperis*, but he did not include a certified copy of his inmate trust fund account statement as required by 28 U.S.C. § 1915(a)(2). (Dkt. 2). On July 23, 2026, the Court ordered Sims to either pay the applicable filing fee for a civil-rights action or file a properly supported motion to proceed *in forma pauperis*, including the required inmate trust fund account information, by August 24, 2026. (Dkt. 4). The Court provided the proper forms to Sims for his use and warned him that failing to comply as ordered would result in

the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.*).

Sims has failed to comply, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Sims's civil-rights complaint, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot.**

3. Sims is advised that upon a showing of good cause for failing to comply with the Court's July 23 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by either payment of the applicable filing fee or a properly supported motion to proceed *in forma pauperis*, including an inmate trust fund account statement for the last six months as required by 28 U.S.C. § 1915(a)(2).

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas on Sept 8, 2026.

David Hittner

DAVID HITTNER
UNITED STATES DISTRICT JUDGE